IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00075 |
| Plaintiff, | |
| v. | JUDGE ALGENON L. MARBLEY |
| STEVEDORE CRAWFORD, JR., | |
| Defendant. | |

## ORDER

This matter is before the Court on Defendant Stevedore Crawford, Jr.'s Motion to Amend his Presentence Investigation Report. (Docs. 165 & 167.) Defendant asks the Court to amend his PSR to reflect his history of drug use, so he can qualify for the Residential Drug Abuse Program at FCI, Morgantown, where he is currently incarcerated. The Government has no objection to this amendment, as it agrees Defendant has a history of substance abuse.

The Court is weary of adding information to Defendant's PSR that may have negative consequences in the future. Therefore, the Court will not direct the United States Probation Office to amend Defendant's PSR. The Court will, however, recommend that Defendant be placed in the Residential Drug Abuse Program at FCI, Morgantown. Accordingly, the Court **ORDERS** that Defendant be admitted to the Residential Drug Abuse Program at FCI, Morgantown.

IT IS SO ORDERED.

                                           /s/ Algenon L. Marbley
                                           ALGENON L. MARBLEY
                                           CHIEF UNITED STATES DISTRICT JUDGE

**DATED: March 2, 2020**